AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LENARD,, JOAN A | DISTRICT CT.-SOUTHERN FL | 04/12/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 NORTH MIAMI AVENUE 7TH FLR <br> MIAMI,FL 33128 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

RECEIVED 2008 APR 16 A 11: 03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ADJUNCT FACULTY, ███████████ |
| 2. 2007 | GENERAL COUNSEL, ███████████ |
| 3. 2007 | ████ ATTORNEY, ██████████ |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SCHOOLS | ████TUITION AND EXPENSES | ● |
| 2. STD LIFE,COLONIAL BK | WAREHOUSE PROPERTIES | ● |
| 3. NATIONSBK,AMRESCO | VACANT LAND/OUTPARCELS | ● |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WACHOVIA BANK #1 | ▮ | Interest | ▮ | T | | | | | |
| 2. WACHOVIA BANK #2 | ▮ | Interest | ▮ | T | | | | | |
| 3. WACHOVIA BANK #3 | ▮ | Interest | ▮ | T | | | | | |
| 4. WACHOVIA BANK #4 | ▮ | Interest | ▮ | T | | | | | |
| 5. BANK ATLANTIC | ▮ | Interest | ▮ | T | | | | | |
| 6. COLONIAL BANK | ▮ | Interest | ▮ | T | | | | | |
| 7. FIRST SOUTH BANK | ▮ | Interest | ▮ | T | | | | | |
| 8. VANGUARDPRIME MONEY MARKET FUND | ▮ | Dividend | ▮ | T | | | | | |
| 9. VANGUARD TAX-EXEMPT MONEY MARKET FUND | ▮ | Dividend | ▮ | T | | | | | |
| 10. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | ▮ | Dividend | ▮ | T | | | | | |
| 11. VANGUARD HIGH YIELD TAX-EXEMPT FUND | ▮ | Dividend | ▮ | T | | | | | |
| 12. NORTHEAST INV. TRUST | ▮ | Dividend | ▮ | T | | | | | |
| 13. STOCKS/SECURITIES | ▮ | | ▮ | | | | | | |
| 14. DETROIT EDISON-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 15. NI SOURCE-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 16. GYRODYNE CO'S.-COMMON | ▮ | None | ▮ | T | | | | | |
| 17. AT&T-COMMON | ▮ | Dividend | ▮ | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LSI LOGIC CORP.-COMMONFORMERLY KNOWN AS AGERE SYSTEMS-COMMON | | None | ▮ | T | | | | | |
| 19. AVAYA-COMMON | | None | ▮ | T | BUYOUT | 10/27 | ▮ | | PRIVATE INVESTMENT GRP. |
| 20. AT&T- COMMON FORMERLY KNOWN AS BELLSOUTH CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 21. BOEING-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 22. CHARTER COMM.-COMMON | ▮ | None | ▮ | T | | | | | |
| 23. CMS ENERGY-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 24. CONS. EDISON-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 25. CTRYWIDE FINANCIAL CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 26. CHEMTURA CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 27. DYNEGY ENERGY-COMMON | ▮ | None | ▮ | T | | | | | |
| 28. DUFF & PHELEPS-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 29. FPL CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 30. INTEL CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 31. ALCATEL LUCENT-COMMON TECH.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 32. KEYSPAN CORP.-COMMONM | ▮ | Dividend | ▮ | T | BUYOUT | 8/27 | ▮ | ▮ | |
| 33. NOKIA CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 34. SCHRNG PLGH-COMMON | ▮ | Dividend | ▮ | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SUN MICROSYSTEMS,INC.-COMMON | | None | | T | | | | | |
| 36. VODAPHONE-COMMON | | Dividend | | T | | | | | |
| 37. VERIZON COMM.-COMMON | | Dividend | | T | | | | | |
| 38. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 39. QUEST COMM.-COMMON | | Dividend | | T | | | | | |
| 40. AT&T-COMMON | | Dividend | | T | | | | | |
| 41. CISCO-COMMON | | None | | T | | | | | |
| 42. ORACLE-COMMON | | None | | T | | | | | |
| 43. BANK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 44. BLACKROCK FL MUNICIPAL FUND | | Interest | | T | | | | | |
| 45. SPANISH BROADCASTING SYSTEM-COMMON | | None | | T | | | | | |
| 46. COMCAST CORP.-COMMON | | None | | T | | | | | |
| 47. LEVITT CORP.-COMMON | | Dividend | | T | | | | | |
| 48. BFC FINANCIAL CORP.-COMMON | | None | | T | | | | | |
| 49. INVESTMENT PROJECTS | | | | | | | | | |
| 50. PALISADES BSEBLL,CA | | None | | U | | | | | |
| 51. PIER ONE IMPT/,FL | | Rent | | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COMM'L DEVLP/LEHMN,FL | ▮ | Rent | ▮ | U | | | | | |
| 53. NMB CMMRC CTR.LLC,FL | ▮ | Rent | ▮ | U | | | | | |
| 54. SELECT FUNDING ASSOC.,FL | ▮ | Interest | ▮ | T | | | | | |
| 55. SELECT/PEABODY,MA | ▮ | Rent | ▮ | U | | | | | |
| 56. SELECT ATTLEB.,FL | ▮ | Rent | ▮ | U | | | | | |
| 57. RETIREMENT ACCOUNTS | ▮ | | ▮ | | | | | | |
| 58. OPPENHEIMER FUNDS:M/MF # 1 | ▮ | Interest | ▮ | T | | | | | |
| 59. OPPENHEIMER FUNDS:GNMA # 2 | ▮ | Dividend | ▮ | T | | | | | |
| 60. EVERGREEN FUND | ▮ | None | ▮ | T | | | | | |
| 61. EVERGREEN EQUITY INCOME FUND | ▮ | None | ▮ | T | | | | | |
| 62. FEDERATED KAUFMANN FUND | ▮ | None | ▮ | T | | | | | |
| 63. FIDELITY (IRA) | ▮ | Interest | ▮ | T | | | | | |
| 64. THORNBERG MORTGAGE,INC. | ▮ | None | ▮ | T | BUY | 2/1 | ▮ | | |
| 65. LADENBURG THALMANN FINANCIAL SERVICES,INC. | ▮ | None | ▮ | T | BUY | 3/1 | ▮ | | |
| 66. OPKO HEALTH,INC. | ▮ | None | ▮ | T | BUY | 6/1 | ▮ | | |
| 67. GENERAL ELECTRIC-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 68. FL-DEF. BEN.PNSN.(VESTED) | | None | ▮ | W | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FL-DEFFERR.COMP.PLN | | Interest | | T | | | | | |
| 70. ICMA-401 PENSION | | Interest | | T | CONVERTED TO | 1/1 | | | DEFINED BENEFIT PENSION |
| 71. ICMA-457 DEF.COMP. | | Interest | | T | | | | | |
| 72. FIDELITY ANNUITY | | None | | T | | | | | |
| 73. OPPENHEIMER FDS:M/MF #1 | | Interest | | T | | | | | |
| 74. OPPENHEIMER FDS:GMMA #2 | | Dividend | | T | | | | | |
| 75. FIDELITY CASH RES. | | Interest | | T | | | | | |
| 76. CHEMTURA-COMMON | | Dividend | | T | | | | | |
| 77. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 78. ALCATEL LUCENT-COMMON | | Dividend | | T | | | | | |
| 79. EDISON INT.-COMMON | | Dividend | | T | | | | | |
| 80. UNISOURCE-COMMON | | Dividend | | T | | | | | |
| 81. CISCO-COMMON | | None | | T | | | | | |
| 82. HEWLETT-PACKARD- COMMON | | Dividend | | T | | | | | |
| 83. GENERAL ELECTRIC-COMMON | | Dividend | | T | | | | | |
| 84. OTHER ACCOUNTS | | | | | | | | | |
| 85. CON.EDISON-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WENDY'S COMMON | | Dividend | | T | | | | | |
| 87. TIM HORTONS | | Dividend | | T | | | | | |
| 88. JANUS GLOBAL TECH. | | None | | T | | | | | |
| 89. JANUS ENTERPRISE FUND | | None | | T | | | | | |
| 90. JANUS ORION FUND | | None | | T | | | | | |
| 91. JANUS GROWTH &INCOME FUND | | Dividend | | T | | | | | |
| 92. JANUS VENTURE FUND | | Dividend | | T | | | | | |
| 93. JANUS FUND | | None | | T | | | | | |
| 94. JANUS TWENTY FUND | | Dividend | | T | | | | | |
| 95. AMERICAN CENTURY GROWTH FUND | | None | | T | REDEMPTION | 1/2 | | | |
| 96. AMERICAN CENTURY GIFT TRUST | | None | | T | REDEMPTION | 1/2 | | | |
| 97. U.S.SAVINGS BONDS | | Interest | | T | | | | | |
| 98. ISRAEL SAVINGS BONDS | | Interest | | W | | | | | |
| 99. 2-FL PREPAID TUITION PLANS | | None | | W | REDEMPTION | 1/05 | | | |
| 100. CHEMTURA CORP.-COMMON | | Dividend | | T | | | | | |
| 101. NEUBERGER & BERMAN GUARDIAN FUND | | Dividend | | T | | | | | |
| 102. NEUBERGER & CENTURY FUND | | None | | T | REDEMPTION | 1/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. COCACOLA ENT.-COMMON | | Dividend | | T | | | | | |
| 104. BK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 105. VIACOM-COMMON | | Dividend | | T | | | | | |
| 106. CBS-COMMON | | Dividend | | T | | | | | |
| 107. COVERDELL EDUCATIONAL-FORMERLY PRUDENTIAL EDUCATIONAL IRA'S | | | | | | | | | |
| 108. SELIGMAN COMMUNICATION & INFORMATION FUND | | None | | T | | | | | |
| 109. ALLIANCE TECHNOLOGY FUND | | None | | T | | | | | |
| 110. DAVIS FINANCIAL FUND | | None | | T | | | | | |
| 111. DAVIS N.Y. VENTURE FUND | | None | | T | | | | | |
| 112. DELL INC.-COMMON | | None | | T | | | | | |
| 113. SEMPRA ENERGY-COMMON | | Dividend | | T | | | | | |
| 114. CONSTELLATION ENERGY-COMMON | | Dividend | | T | | | | | |
| 115. DISNEY CORP.-COMMON | | Dividend | | T | | | | | |
| 116. BP AMOCO -COMMON | | Dividend | | T | | | | | |
| 117. CITIZENS COMM.-COMMON | | Dividend | | T | | | | | |
| 118. DAIMLER AGCOMMON FORMERLY KNOWN AS DAIMLER CHRYSLER-COMMON | | Dividend | | T | | | | | |
| 119. EXELON CORP.-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NORTHEAST UTILITIES-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 121. PG & E CORP.-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 122. CISCO -COMMON | ▮ | None | ▮ | T | | | | | |
| 123. COMCAST-COMMON | ▮ | None | ▮ | T | | | | | |
| 124. PFIZER-COMMON | ▮ | Dividend | ▮ | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/12/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544